# Law Offices of Joshua Parkhurst

11 Broadway, Suite 615
New York, NY  10004
(201) 577-2644

Of Counsel To:  Giles Law Firm LLC
85 Broad Street, 17th Floor
New York, NY 10004

March 27, 2023

**<u>VIA ECF</u>**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Re:     Bassi v. New York Medical College et al.
No. 23-278

Dear Ms. Wolfe:

We are the attorneys for plaintiff-appellant Harmeetinder Bassi, M.D. in the above-referenced action.  Pursuant to Rule 31.2(a)(1)(A) of the Local Rules for the United States Court of Appeals for the Second Circuit, we respectfully request a deadline of Monday, June 21, 2023 for the filing of Plaintiffs-Appellants opening brief. This date is 91 days after March 13, 2023, the filing date of Plaintiff-Appellant's filing of the Form D indicating that no transcript will be ordered.

Respectfully submitted,

*Joshua Parkhurst*